Case 1:13-cv-03923-DCF  Document 167  Filed 01/08/18  Page 1 of 1


## WILSON ELSER

Lalit K. Loomba
914.872.7118 (direct)
Lalit.Loomba@wilsonelser.com

**VIA ECF**

January 8, 2018

Hon. Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/18
```

Re:   *Lehal v. United States Marshal Service, et al.*, Docket No. Case No.: 13-CV-3923 (DCF)
      Our File No.: 10899.00252

Dear Judge Freeman:

We represent Central Falls Detention Facility Corp. ("CFDFC") and Dr. Edward Blanchette in the above-referenced case.

By letter dated December 19 and filed in redacted form on December 21, 2017 (D.E. 159), CFDFC and Dr. Blanchette sought the Court's permission to extend fact discovery in two limited areas: (i) a deposition of an official from the Federal Bureau of Prisons concerning plaintiff's mail log records, which show the timing of plaintiff's interposition of his claim against Dr. Blanchette; and (ii) discovery of evidence concerning plaintiff's employment with Seamens Moving & Delivery, Inc. during the summer of 2017, and his injury while employed there on August 2, 2017.

By letter dated January 27, 2017, plaintiff filed an on-consent application to extend expert discovery for the purpose of taking the deposition of CFDFC's expert, Dr. Luks, on January 29, 2017 (D.E. 165). In an indorsed order, the Court granted plaintiff's application, adding "otherwise this Court considers discovery to be completed." D.E. 166.

We are writing for clarification as to whether the Court's endorsement constitutes a ruling denying CFDFC's and Dr. Blanchette's application to reopen fact discovery.

*Yes, that application was denied.*

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Lalit K. Loomba

Cc: Counsel of Record via ECF

**SO ORDERED:   DATE:** 1/16/18

*/s/ Debra Freeman*
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

6846991v.1