WILMERHALE

February 16, 2018

Iya Megre

+1 212 295 6263 (t)
+1 212 230 8888 (f)
iya.megre@wilmerhale.com

**VIA ECF**

The Honorable Debra C. Freeman
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007-1312

  Re: *Lehal v. Central Falls Detention Facility Corp., et al.*, No. 13-cv-3923 (DCF)

Dear Judge Freeman:

This firm has represented Plaintiff Shawn Lehal as Limited Appearance Counsel pursuant to the Court's Order Granting Pro Bono Counsel for Limited Discovery (ECF No. 104) in the above-captioned matter. The firm has now agreed to continue its *pro bono* representation of Mr. Lehal in connection with the case. My colleagues and I intend to file new Notices of Appearance shortly to reflect the continued representation.

We have conferred with counsel for Defendants and all the parties have consented to the following proposed briefing schedule (in lieu of Defendants' previous proposal, ECF No. 169): summary judgment motions due by April 6, 2018; oppositions due by May 18, 2018; and replies due by June 15, 2018.

Respectfully submitted,

/s/   Iya Megre
Iya Megre

cc:  All counsel of record (via ECF)