UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
SHAWN S. LEHAL,

         Plaintiff,

  -against-

CENTRAL FALLS DETENTION FACILITY CORPORATION, et al.,

         Defendants.
------------------------------------x

Civ. Action No. 13-cv-3923 (DCF)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Plaintiff Shawn S. Lehal. I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 23, 2018

Respectfully submitted,

/s/ David S. Lesser
David S. Lesser
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
David.Lesser@wilmerhale.com

*Attorney for Plaintiff Shawn S. Lehal*