UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHAWN S. LEHAL,

         Plaintiff,

   -against-

CENTRAL FALLS DETENTION FACILITY CORPORATION, et al.,

         Defendants.

Civ. Action No. 13-cv-3923 (DCF)

**NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Plaintiff Shawn S. Lehal.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 23, 2018

Respectfully submitted,

/s/ Fiona J. Kaye
Fiona J. Kaye
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
Fiona.Kaye@wilmerhale.com

*Attorney for Plaintiff Shawn S. Lehal*