UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHAWN S. LEHAL,

        Plaintiff,

   -against-

CENTRAL FALLS DETENTION FACILITY CORPORATION, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 13-cv-3923 (DCF)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Plaintiff Shawn S. Lehal.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 23, 2018

                Respectfully submitted,

                /s/ Iya Megre
                Iya Megre
                Wilmer Cutler Pickering Hale and Dorr LLP
                7 World Trade Center
                250 Greenwich Street
                New York, NY 10007
                Tel: (212) 230-8800
                Fax: (212) 230-8888
                Iya.Megre@wilmerhale.com

                *Attorney for Plaintiff Shawn S. Lehal*