GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: LARA K. ESHKENAZI
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
T: (212) 637-2758
F: (212) 637-2730
E-mail: lara.eshkenazi@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN S. LEHAL,<br><br>                                        Plaintiff,<br><br>- against -<br><br>UNITED STATES MARSHAL SERVICE, *et al.*,<br><br>                                        Defendants. | No. 13 Civ. 3923 (RJS)<br><br><br><br><br><br><br><br>NOTICE OF MOTION |

      PLEASE TAKE NOTICE that upon the memorandum of law dated April 6, 2018, accompanying declaration, and exhibits thereto, defendants Robert Martin, Eric King and James Masterson, by their attorney Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court, before the Honorable Debra Freeman, United States Magistrate Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for judgment on the pleadings and dismissal of the Third Amended Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 6, 2018

                                                GEOFFREY S. BERMAN
                                                United States Attorney for the
                                                Southern District of New York
                                                *Attorney for Bivens Defendants*

By:    /s/ Lara K. Eshkenazi
           LARA K. ESHKENAZI
           Assistant United States Attorney
           86 Chambers Street
           New York, New York 10007
           T: (212) 637-2758
           F: (212) 637-2730
           E-mail: lara.eshkenazi@usdoj.gov

To:    Fiona Kaye and Iya Megre
        WilmerHale
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007 USA
        *Attorneys for Plaintiff*

        Lalit K. Loomba and Allison Holubis
        Wilson Elser Moskowitz Edelman & Dicker LLP
        1133 Westchester Avenue
        White Plains, NY 10604
        *Attorneys for defendants Central Falls Detention Facility Corp. and Edward Blanchette, M.D.*