UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAJINDER LEHAL, AS ADMINISTRATRIX OF THE ESTATE OF SHAWN LEHAL,<br><br>                        Plaintiff,<br><br>     - against -<br><br>ERIC KING,<br><br>                        Defendant. | No. 13 Civ. 3923 (DF)<br><br>**JUDGMENT** |

**DEBRA FREEMAN, United States Magistrate Judge:**

WHEREAS, the issues in the above-titled action were brought on trial before the Honorable Debra Freeman from December 8, 2021, to December 13, 2021; it is hereby

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's bench ruling issued on December 13, 2021, judgment is rendered in favor of Defendant dismissing the Third Amended Complaint. Accordingly, this case is closed.

Dated: January 3, 2022
        New York, New York

                                                  SO ORDERED

                                                  _____
                                                  DEBRA FREEMAN
                                                  UNITED STATES MAGISTRATE JUDGE